UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **ALIS BLAKE, ET AL.,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **STEPHEN EDWARD RAY, ET AL.,** | CASE NO: 18-2564-STA-jay |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal and Order of Dismissal with Prejudice entered on March 28, 2019, this cause is hereby DISMISSED with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 4/1/2019

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk